# **PROOF OF SERVICE**

### *Madriz v. Black, et al*
### 2:21-cv-00461-SVW-SK

I, the undersigned, am over the age of eighteen years and am resident of San Diego County, California; I am not a party to the above-entitled action; my business address is 3747 Brookshire Street, San Diego CA 92111

On February 22, 2021 I served the following document(s):

**NOTICE OF VOLUNTARY DISMISSAL**

Addressed to:

> Jan Black
> 35001 Grape Ave,
> Yucaipa, CA 92399
>
> Jamie Simmons
> 34968 Yucaipa Blvd,
> Yucaipa, CA 92399

✓    <u>BY MAIL:</u> I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at San Diego, California.

☐    <u>BY FACSIMILE:</u> In addition to the service by mail as set forth above, I forwarded a copy of said documents via facsimile to the listed facsimile number.

☐    <u>BY OVERNITE EXPRESS:</u> I caused such envelope with postage thereon fully prepaid to be placed in the Golden State Overnight drop box at San Diego, California.

☐    <u>BY PERSONAL SERVICE:</u> I caused said documents to be personally served on all listed recipients via Diversified Legal Services.

☐    <u>BY ELECTRONIC MAIL TRANSMISSION:</u> via email. I caused the listed documents to be electronically filed and subsequently emailed to the recipient(s).

Executed on February 22, 2021, from San Diego, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

         s/Matt Valenti
         Matt Valenti